## Commonwealth ex rel. Fetterman, Appellant, v. Cavell.

Submitted November 14, 1966. *George Fetterman,* appellant, in propria persona; *W. Thomas Malcolm,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Gravely, Appellant, v. Maroney.

Submitted November 14, 1966. *Cornell Gravely,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Hall, Appellant, v. Maroney.

Submitted November 14, 1966. *Thomas Hall,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.